UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TITO JONATHAN AVILA PERDOMO,

                Petitioner,

v.

UNKNOWN PARTY et al.,

                Respondents.

_____/

Case No. 1:26-cv-1530

Honorable Jane M. Beckering

## ORDER

On May 13, 2026, the Court issued an Order to Show Cause (ECF No. 7) ordering Respondents to "file a transcript, or if a transcript is not available, a recording, of the bond hearing before the Immigration Judge." (*Id.*, PageID.67 ¶ 5.) On May 15, 2026, Respondents filed their response in opposition (ECF No. 8) but did not file the transcript or recording of the bond hearing.

Accordingly,

**IT IS ORDERED** that on or before the third business day after entry of this Order, Respondents shall file a transcript, or if a transcript is not available, a recording, of the bond hearing before the Immigration Judge that is the subject of this action.

Dated:     May 28, 2026                     /s/ Jane M. Beckering
                                                Jane M. Beckering
                                                United States District Judge